PLAINTIFF
1

# NM couple indicted in $50 million investment scheme

**By Nicole Perez / Journal Staff Writer**

**Published: Thursday, December 15th, 2016 at 10:23am**
**Updated: Thursday, December 15th, 2016 at 11:01pm**




This photo of Ruby Handler-Jacobs, left, and Michael Jacobs, was found at their Northeast Albuquerque home Thursday.

*Copyright © 2016 Albuquerque Journal*

Michael Jacobs and his wife, Ruby Handler-Jacobs, often took long trips to foreign countries. Sometimes they came home with brand-new cars.

And they repeatedly told Melissa Carroll, who lived in their two-story stucco house in Northeast Albuquerque and managed the couple's security business, that they were making money from investors and would soon buy her and her fiance a new home to live in.

But all that came to a halt Sunday night when a phalanx of law enforcement officers arrived at the home near Edith and Osuna armed with an arrest warrant.

Jacobs and his wife, both 64, had swindled at least a dozen investors across the globe out of more than $50 million with the help of four other people – a broker from Washington state, a broker from Illinois, the ringleader from Sri Lanka and a broker from Singapore – according to an indictment filed Monday in federal court. All are facing numerous federal charges in New York.

Some of them posed as federal bank employees and promised investors huge returns. Once they received an investment, they would disappear, according to the indictment.




A whiteboard in Michael Jacobs' office, where he spent 8 to 10 hours every day working on investments. Federal authorities claim he was defrauding investors of millions. (Jim Thompson/Journal)

Carroll, who has lived in the couple's home with her family and fiance the past three years, said the couple appeared to be legitimate, successful businesspeople who frequently traveled and worked out of their home when in Albuquerque.

Handler-Jacobs' federal public defender, Kari Converse, said she couldn't respond to the details alleged in the indictment because she was only representing Handler-Jacobs for the legal proceeding to determine whether she would be taken to New York by federal authorities or released to get there on her own. She said Handler-Jacobs will likely be appointed a new attorney in New York.

According to the indictment, Jacobs and Handler-Jacobs' racket started no later than June 2013 and continued at least until August 2016.

Prosecutors allege the couple worked with Rienzi Edwards, of Sri Lanka, to promote an investment scheme they called the "Cities Upliftment Program." To give it legitimacy, the defendants claimed it was backed by the Federal Reserve Bank of New York, and promoted it as an exclusive invitation-only offer.

They promised huge returns – $2 million per day in some cases – and said investing was risk-free because they were backed by the government. A portion of the proceeds was supposed to go to American cities struggling after the 2008 financial crisis.

Jacobs and Edwards once pretended to be federal bank employees in a meeting at a Hong Kong hotel, according to the indictment.

The defendants told investors their family members had successfully invested and that the money wouldn't be subject to income tax. They promised green cards to investors from other countries and forged documents to make themselves look legitimate, according to the indictment.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEC 1 2 2016
MATTHEW J. DYKMAN
CLERK

UNITED STATES OF AMERICA

- v. -

SEALED INDICTMENT

16 CRIM 800

RIENZI EDWARDS,
MICHAEL JACOBS,
RUBY HANDLER-JACOBS,
F.K. HO,
LAWRENCE LESTER, and
RACHEL GENDREAU,

16-MJ-4359

Defendants.

COUNT ONE
(Conspiracy to Commit Wire Fraud)

The Grand Jury charges:

Overview

1. From at least in or about June 2013 through in or

An indictment accusing a New Mexico couple of defrauding investors was filed Monday in federal court. (Pacer.gov)

At least 12 investors took the bait, according to a spokeswoman for the Southern District of New York U.S. Attorney's Office. They wired a total of more than $50 million to accounts in the United States, as well as to accounts in Hong Kong and Sri Lanka.

"Instead of keeping the CUP investors funds … and using the funds to generate the promised high returns, the defendants simply stole the victims' money," an investigator wrote in court documents.

When investors didn't receive their money back, the defendants made excuses and claimed the program had been delayed. Then they stopped communicating with the victims altogether.

"The defendants typically promised investors that they would be invited to the New York Fed's headquarters in Manhattan to finalize their investment contracts after they invested, which meetings never occurred," an investigator wrote in the indictment.

Dawn Dearden, a spokeswoman for the U.S. Attorney's Office in the Southern District of New York, said she couldn't say how the feds got tipped off or when they started investigating.

But the operation, led by Homeland Security Investigations and the FBI, culminated earlier this week with the arrests of four of the suspects. Jacobs and Handler-Jacobs were both arrested Sunday – Handler-Jacobs in Albuquerque, and Jacobs at the Los Angeles airport. He was on his way to Spain, according to Carroll. She said Jacobs was a photographer and Handler-Jacobs used to be an actress and model.

Lawrence Lester, 71, of Mount Vernon, Wash., is accused of being a broker in the scheme and was arrested Monday. And Rachel Gendreau, 46, of Savanna, Ill., was also arrested Monday, accused of being a broker in the scheme.

Edwards and F.K. Ho, 80, a broker from Singapore, had not yet been arrested earlier this week, according to a news release from prosecutors.

Monday's indictment is not the first incident that's landed Jacobs in the news.

In 2012, he was indicted on 57 counts of fraud, conspiracy and securities violations for allegedly defrauding investors out of more than $500,000 with his plans to build a multimillion-dollar digital film studio in Rio Rancho, according to **Journal** archives.

According to online court records, the case against Jacobs was dismissed in October 2015. A news article at the time said his wife was also charged, but there is no record of a case against her in online records.

For Carroll – who, with her fiance, helped the couple run a security business named No Stone Unturned in exchange for housing – the arrests were a huge shock. And now she's worried that federal authorities will seize the

house and cars, and her family will lose everything.

"I just don't want to start over again," she said in an interview Thursday at the home she shared with Jacobs and Handler-Jacobs. "I'm scared to death they're going to come at any moment and say 'pack your stuff and get out.' "

Three years ago, the couple opened their home to a man who would become Carroll's fiance, who was working at the security firm. Soon after, he met Carroll and she and at least one of her children moved in as well. She and her fiance took over the daily operations of the security business but weren't paid for their work. Instead, they were given free housing and access to Jacobs and Handler-Jacobs' vehicles.

Carroll said she'd recently been trying to move out, but with no money, it was impossible.

"It's just hard because I trusted them," she said. "We thought that everything was OK. And now to have to sit here … worrying about being homeless."

Prosecutors say Handler-Jacobs and Jacobs will be arraigned in New York next week.

Edwards, Handler-Jacobs and Jacobs are facing charges of wire fraud, money laundering and impersonating employees of the United States, among other things. Ho, Lester and Gendreau are charged with wire fraud and identity theft, among other charges.

Handler-Jacobs' public defender, Converse, said she argued for Handler-Jacobs' release because she has leukemia and needs to be on a special diet. A federal judge denied that request Thursday.

*Journal staff writer Elise Kaplan contributed to this report.*



Melissa Carroll was fully dependent on a couple who were arrested Sunday on federal charges for allegedly defrauding investors of more than $50 million. Now Carroll is worried the house will be seized and she won't have a place to live. (Jim Thompson/Journal)

## Support Local Journalism

Newspapers by ancestry
https://www.newspapers.com/image/255544500

Albuquerque Journal (Albuquerque, New e o · Fri, Dec 16, 2016 · Page A001

Downloaded on Feb 3, 2020

PLAINTIFF
2



'Rogue One'
Spinoff movie is an enjoyable addition to 'Star Wars' universe
VENUE

Boost for ENTREPRENEURS
Emera donates between $100,000 and $500,000 to four NM programs
BUSINESS >> B1

NEW MEXICO'S LEADING NEWS SOURCE
ALBUQUERQUE JOURNAL
ABQJOURNAL.COM
$1.00
FRIDAY DECEMBER 16, 2016
FINAL

# NM couple indicted in $50M scheme

This photo of Ruby Handler-Jacobs, left, and Michael Jacobs, was found at their Albuquerque home Thursday

# DRESSED FOR THE OCCASION

The field at University Stadium gets ready for Saturday's big bowl game

# Taxation secretary quits amid AG probe

Demesia Padilla

# Feds ask ABQ to repay $1.4M in housing grants

# WIPP 'extremely close' to reopening

Workers performed a dry run storing waste this week

COLORFUL & BELOVED NBA REPORTER CRAIG SAGER DIES

SPORTS D1

MASSIVE INVENTORY REDUCTION
30% - 80% OFF
We are Over Inventoried
END OF YEAR CLEARANCE
Shoes On A SHOESTRING

Copyright © 2020 Newspapers.com. All Rights Reserved.
Newspapers

Newspapers by ancestry

Albuquerque Journal (Albuquerque, New Mexico) · 16 Dec 2016, Fri · Page A003

Downloaded on Dec 14, 2019

ALBUQUERQUE JOURNAL ●●●● FRIDAY, DECEMBER 16, 2016 A3

# NM couple indicted in $50 million scheme



Melissa Carroll was fully dependent on a couple who were arrested Sunday on federal charges for allegedly defrauding investors of more than $50million. Now Carroll is worried the house will be seized and she won't have a place to live.



JIM T[illegible]JOURNAL

A whiteboard in Michael Jacobs' office, where he spent 8 to 10 hours every day working on investments. Federal authorities claim he was defrauding investors of millions.

From PAGE A1

legitimate, successful businesspeople who frequently traveled and worked out of their home when in Albuquerque.

Handler Jacobs' federal public defender, Kari Converse, said she couldn't respond to the details alleged in the indictment because she was only representing Handler-Jacobs for the legal proceeding to determine whether she would be taken to New York by federal authorities or released to get there on her own. She said Handler Jacobs will likely be appointed a new attorney in New York.

According to the indictment, Jacobs and Handler Jacobs' racket started no later than June 2013 and continued at least until August 2016.

Prosecutors allege the couple worked with Rienzi Edwards, of Sri Lanka, to promote an investment scheme they called the "Cities Upliftment Program." To give it legitimacy, the defendants claimed it was backed by the Federal Reserve Bank of New York, and promoted it as an exclusive invitation only offer.

They promised huge returns — $1 million per day in some cases — and said investing was risk free because they were backed by the government. A portion of the proceeds was supposed to go to American cities struggling after the 2008 financial crisis.

Jacobs and Edwards once pretended to be federal bank employees in a meeting at a Hong Kong hotel, according to the indictment.

The defendants told investors their family members had successfully invested and that the money wouldn't be subject to income tax. They promised green cards to investors from other countries and forged documents to make themselves look legitimate, according to the indictment.

At least 12 investors took the bait, according to a spokeswoman for the Southern District of New York U.S. Attorney's Office. They wired a total of more than $50 million to accounts in the United States, as well as to accounts in Hong Kong and Sri Lanka.

"Instead of keeping the CUP investors funds ... and using the funds to generate the promised high returns, the defendants simply stole the victims' money," an investigator wrote in court documents.

When investors didn't receive their money back, the defendants made excuses and claimed the program had been delayed. Then they stopped communicating with the victims altogether.

"The defendants typically promised investors that they would be invited to the New York Fed's headquarters in Manhattan to finalize their investment contracts after they invested, which meetings never occurred," an investigator wrote in the indictment.

Dawn Dearden, a spokeswoman for the U.S. Attorney's Office in the Southern District of New York, said she couldn't say how the feds got tipped off or when they started investigating.

But the operation, led by Homeland Security Investigations and the FBI, culminated earlier this week with the arrests of four of the suspects. Jacobs and Handler-Jacobs were both arrested Sunday — Handler Jacobs in Albuquerque, and Jacobs at the Los Angeles airport. He was on his way to Spain, according to Carroll. She said Jacobs was a photographer and Handler Jacobs used to be an actress and model.

Lawrence Lester, 71, of Mount Vernon, Wash., is accused of being a broker in the scheme and was arrested Monday. And Rachel Gendreau, [illegible], of Savanna, Ill., was also arrested Monday, accused of being a broker in the scheme.

Edwards and F.K. Ho, 30, a broker from Singapore, had not yet been arrested earlier this week, according to a news release from prosecutors.

Monday's indictment is not the first incident that's landed Jacobs in the news.

In 2012, he was indicted on 27 counts of fraud, conspiracy and securities violations for allegedly defrauding investors out of more than $100,000 with his plans to build a multimillion dollar digital film studio in Rio Rancho, according to Journal archives.

According to online court records, the case against Jacobs was dismissed in October 2015. A news article at the time said his wife was also charged, but there is no record of a case against her in online records.

For Carroll — who, with her fiance, helped the couple run a security business named No Stone Unturned in exchange for housing — the arrests were a huge shock. And now she's worried that federal authorities will seize the house and cars, and her family will lose everything.

"I just don't want to start over again," she said in an interview Thursday at the home she shared with Jacobs and Handler Jacobs. "I'm scared to death they're going to come at any moment and say 'pack your stuff and get out.'"

Three years ago, the couple opened their home to a man who would become Carroll's fiance, who was working at the security firm. Soon after, he met Carroll and she and at least one of her children moved in as well. She and her fiance took over the daily operations of the security business but weren't paid for their work. Instead, they were given free housing and access to Jacobs and Handler-Jacobs' vehicles.

Carroll said she'd recently been trying to move out, but with no money, it was impossible.

"It's just hard because I trusted them," she said. "We thought that everything was OK. And now to have to sit here ... worrying about being homeless."

Prosecutors say Handler-Jacobs and Jacobs will be arraigned in New York next week.

Edwards, Handler-Jacobs and Jacobs are facing charges of wire fraud, money laundering and impersonating employees of the United States, among other things. Ho, Lester and Gendreau are charged with wire fraud and identity theft, among other charges.

Handler-Jacobs' public defender, Converse, said she argued for Handler-Jacobs' release because she has leukemia and needs to be on a special diet. A federal judge denied that request Thursday.

[illegible]

## ABQJO Page 3 12/16/2016

Clipped By:

michael_mjphoto
Sat, Dec 14, 2019

Copyright © 2019 Newspapers.com. All Rights Reserved.

Newspapers

PLAINTIFF
3



# Albuquerque Journal

@TheAlbuquerqueJournal · News & Media Website

Follow

Home Reviews Events More Like Message

**Albuquerque Journal**
December 16, 2016 ·

Michael Jacobs and his wife, both 64, had swindled at least a dozen investors across the globe out of more than $50 million with the help of four other people, according to an indictment filed Monday in federal court.

JACOBS PHOTO HERE



78

ABQJOURNAL.COM

**NM couple indicted in $50 million investment scheme**

Michael Jacobs and his wife, Ruby Handler-Jacobs, often took lo...

Jeremy Jacobs and 18 others 8 Comments 13 Shares

Like Comment Share

Most Relevant

Write a comment...

**Barton Davis**
Before this scam, they fraudulently stole millions from gullible New Mexican investors and we're charged with 57 counts of Securities fraud. They beat the rap because the statute of limitations had run. Pathetic

Like · Reply · 2y

**Bill Lucy**
Holly crap!! 1

Like · Reply · 3y

1 Reply

**Deborah Diaz**
Have gotten so used to hood rat crime that this woke me up. These two excede our NM politicians. 1

Like · Reply · 3y

Top Fan
**Shawn Charlton**
They live across the street from me. The cops took boxes and a computer out of their house on Tuesday.

Like · Reply · 3y

**Paulina Gamboa**
**Mauricio** 😮

Like · Reply · 3y

Most Relevant is selected, so some comments may have been filtered out.

OTHER POSTS

**Albuquerque Journal**
23h ·

Heartfelt comments immediately flooded the Facebook post that announced the closure, and some customers have even dropped off

78

PLAINTIFF
4

08/12/2011

**No Trespassing** sign on the front yard of 800 Calle Divina NE




Created 08/12/11

[redacted]

REAL PROPERTY INSIGHT

# Results Report

Date: 01/23/2013



Exterior

**Index of Services Completed**

**Service Area:** Property Address

**10946** Exterior/Streamline

01/23/2013

REAL PROPERTY INSIGHT

# Results Report

Date: 01/23/2013

| **Property Information:** | | **Report Prepared For:** | |
|---|---|---|---|
| Asset No.: | [redacted] | Client: | Real Property Insight |
| Property Name: | | Phone: | (240) 560-5301 |
| Address: | 800NECALLE DIVINA<br>ALBUQUERQUE, NM 87113 | Fax: | |
| | | Address: | 6900 Wisconsin Avenue<br>Suite 200<br>Bethesda, MD 20815 |

ID: 1094654 **Service Area:** Property Address **Service:** Exterior/Streamline **Date Performed:** 01/22/2013

Go To Index

**Completion Notes:**

Property is occupied. There is a vehicle in the driveway. Unable to determine the state of the back yard or if there is a pool due to occupancy. Home appears to be well maintained.

**Completion Details:**

| | |
|---|---|
| Bad Address: | |
| Cause of Bad Address: | |
| Additional Actions Taken/Checked With: | |
| Corrected Property Address: | |
| Able to Access Property: | Yes |
| Access Denied By: | |
| Undesirable market influence within vicinity of property (high voltage lines, salvage yard, zoo, etc): | No |
| Property Curb Appeal: | Excellent |
| Is Property Occupied: | Yes |
| Determined by: | Visual |
| Posted Violations / Notices: | Yes |
| Description: | Private Property No Trespassing sign |
| Posted as Winterized: | No |
| Date on Posting: | |
| Roofing Issues: | No |
| Description: | |
| Gutters and/or Downspouts are Missing/Damaged: | No |
| Description: | |
| Splash-blocks/Downspout Extensions Needed: | No |
| Exterior Doors or Windows Boarded: | No |
| Exterior Doors or Windows are Unsecure/Broken: | No |
| Description: | |
| Garage Door(s) Unsecured/Severe Damage: | No |
| Description: | |
| For Sale Sign Posted: | No |
| Front Lawn/Shrubs/Beds Maintained: | Yes |
| Back Lawn/Shrubs/Beds Maintained: | |
| Garbage/Debris: (exterior) | No |
| Personal Property Present Exterior: | Yes |
| Environmental: (gas/oil/solvents/paint) | No |
| Exterior Veneer is Missing/Damaged: | No |
| Deck/Railing Damaged: | No |
| Exterior Stairs to Basement: | No |
| If "Yes", Drain clear of debris: | |
| Window Wells Present: | No |
| If "Yes", Wells clear of debris: | |
| Pool/Spa: | |
| If "Yes", Covered and Secure: | |

PLAINTIFF
5

THE STRAITS TIMES

# 'CAD probing Singaporean' wanted over $72m US scam




Ho's alleged accomplices in the US investment scam include Sri Lankan national and alleged mastermind Rienzi Edwards, who is still at large, as well as Americans Michael Jacobs and Ruby Handler-Jacobs (above). PHOTOS: ALBUQUERQUE JOURNAL, ROYAL TURF CLUB/FACEBOOK

PUBLISHED JAN 12, 2017, 5:00 AM SGT | UPDATED JAN 12, 2017, 9:18 AM

80-year-old, an ex-owner of numerous firms, is out on bail over unrelated case, sources say

Tan Tam Mei (mailto:tammei@sph.com.sg)

An 80-year-old Singaporean wanted for his alleged role in a multimillion-dollar scam in the US is being investigated by the Commercial Affairs Department (CAD) here.

The man, Ho Fook Kee, is out on bail for a case unrelated to the scam in the United States, sources told The Straits Times. But details of the case in Singapore are not known.

A Singapore police spokesman said it was inappropriate to comment as investigations are ongoing.

ST tracked down the full name and employment history of the man known only as F.K. Ho in US court documents.

He was formerly the director and owner of numerous companies in the oil and gas industry, based on a search of local company records.

Ho's last known address in 2010 was a condominium in Siglap. But no one was home when ST visited on Tuesday. Neighbours said they did not know anyone who fit Ho's profile living in the unit.

**US indictment papers alleged that the group had promised "exponential" returns, where a US$1 million investment could yield US$150 million in less than four months.**

ST reported on Tuesday that Ho and five accomplices allegedly swindled victims from the US and all over the world out of more than US$50 million (S$72 million), based on an indictment unsealed by the US Attorney's Office for the Southern District of New York last month.

They allegedly impersonated American government officials to lure at least 12 victims to invest in a fraudulent scheme known as the "Cities Upliftment Programme (CUP)". The group told investors that the CUP was backed by the Federal Reserve Bank of New York.

Additional court papers ST obtained showed that among those cheated was an unnamed victim in Singapore, who was allegedly approached by Ho in 2015 and parked US$1 million in the scheme.

In another case, Ho, together with other accomplices, not only lured a lawyer in Hong Kong into the scam, but also duped him into acting as a money mule. The lawyer transferred US$31 million, including his own monies, to the syndicate's accounts.

Court documents also painted an intricate web of international money trails used to cover their tracks.



Related Story

**Singaporean, 80, on the run over $72m US investment scam**

A total of US$54 million was wired to and between 15 accounts in banks in the US, Sri Lanka, Barbados and Britain.

Bogus invoices were also issued as cover for the wire transfers.

An affidavit filed last month revealed that agents from the Federal Bureau of Investigation(FBI) posed as potential investors to uncover the fraudulent scheme.

A Singaporean investment consultant, who wanted to be known only as Mr Tan, 50, nearly fell prey to the scam. He said a US business partner, who had met Ho in person, told him about the CUP.

"He thought to link me up, because the man (Ho) was Singaporean. So I tried to set up a meeting with Ho, but he never responded to our requests," said Mr Tan, who showed ST forged documents used by the suspects.

Indictment papers alleged that the group had promised "exponential" returns, where a US$1 million investment could yield US$150 million in less than four months.

Ho was charged last month with five counts relating to committing wire fraud and impersonating a US officer, among others.

His alleged accomplices included four Americans - Michael Jacobs, 64; Ruby Handler-Jacobs, 64; Lawrence Lester, 71; and Rachel Gendreau, 46 - and Sri Lankan national and alleged mastermind Rienzi Edwards, 55.

All six were charged in US courts last month, though Ho and Edwards were on the run then. Edwards is still at large.

**Introductory Offer at $0.99/month**

Unlock all Premium articles and discover exclusive stories, in-depth analysis, award-winning multimedia content and more. Cancel anytime.

Try It Today

PLAINTIFF
6



# 狮城经纪连同5人设骗局 唆使12人投资 3年诈2亿

2017年1月10日




Find & Hire Bathroom Pros

迈克尔办公室的白板留下了投资讯息。（网络照）

（新加坡10日讯）80岁狮城经纪涉嫌连同5人策划投资骗局，冒充纽约联邦储备银行人员，唆使至少12人投资，3年内诈取超过5000万美元（逾2亿2350万令吉），目前潜逃中！

根据美国纽约南区联邦地区法院的文告，美国多个单位捣毁了一个诈骗集团，并于上个月公开法庭文件。

文告写道，6人涉及此案，当中有4名美国人、1名斯里兰卡主谋，以及1名新加坡共谋，即80岁的何姓老汉（F.K. Ho，投资经纪）。

**谎称由纽约联邦储备银行操作**

纽约南区联邦检察官巴拉拉指出，这组人策划名为"城市振兴计划"的高收益投资项目，谎称由纽约联邦储备银行操作，于2013年到去年8月诈骗至少12人。

他们被指告诉投资者，只有受邀的人才能参加，而每投资100万美元（约447万令吉）），就可在75个银行工作日后，获得1亿5000万美元（约6.7亿令吉）的回报。

当中，一半的回报将用于重振在2008年金融风暴中遭亏损的美国城市，另一半则归投资者。

## 投资者每天赚丰厚利润

换言之，投资者每天可赚取100万美元（约447万令吉）的丰厚利润。

另外，涉案者更伪造文件、盗用银行职员的身分。狮城经纪扮演共谋角色，向他人推销投资项目，并在2014年8月冒充银行代表，在曼哈顿一带和投资者见面。

投资者将款项汇到美国、香港或斯里兰卡的银行户头后，款项会被转到其他户头。投资者发现事有蹊跷时，涉案人会以诸多理由解释，说投资项目延误，之后失联。

文告表示，4名美国人已落网，并被控上法庭，案件将在4月过堂；狮城经纪和斯里兰卡主谋则在潜逃中。不过，两人同样已被提控。狮城经纪被控5项罪状，最高刑罚为监禁10年。

资料显示，美国联邦储备银行共有12家，属于联邦储备局的运作分支，地区包括纽约、波斯顿、芝加哥等地。



斯里兰卡人利恩兹被指是主谋。（网络照）

## 狮城经纪涉多项指控

文告写道，狮城经纪涉犯下共谋电汇诈欺、电话诈欺罪、恶性盗窃身分罪、共谋假冒美国官员、以及假冒美国官员等。一旦罪成，他可被判分别10年、10年、2年、5年，以及3年监禁。

狮城经纪曾在新加坡开办一家公司，居住在东海岸一带的公寓，但单位相信已出售。

据记者探查，狮城经纪曾在1989年和多人开办一家公司，不过该公司如今已除名。另外，他曾居住在东海岸一带的公寓，不过单位已转至他人名下。另外，狮城经纪是否在新加坡，目前还不得而知。

### 美国人上周过堂皆不认罪

两美国人上周过堂，他们表示不认罪。

新加坡《海峡时报》报道，法庭弛录显示两名共谋雷斯特和葛杜拉上周三在当地法院过堂，不过他们不认罪。他们各面对3项罪状。

另外一对夫妻，以及斯里兰卡主谋被告则各以7项罪状被提控。




美国情侣迈克尔和露比雅格斯。（网络照）

### 斯里兰卡主谋称不认识其他被告

涉案斯里兰卡主谋称："我不认识其他被告！"

目前仍未被逮捕归案的55岁的涉案斯里兰卡男利恩兹（Rienze Edwards）向媒体否认涉案，声称根本不认识其他被告。

"美国当地并未通知我涉案，我只是一位银行投资顾问，为全球各地的客户提供咨询服务，并没参与任何投资项目。"

利恩兹也表示，他在美国的律师将会负责跟进，至于是否会到美国配合调查，他将遵照律师的指示。

涉案六人：

主谋：

- 利恩兹（Rienzi Edwards，55岁）：斯里兰卡，潜逃中

共谋：

- 何先生（F. K. Ho，80岁），新加坡，负责唆使他人投资，潜逃中
- 迈克尔（Michael Jacobs，64岁），新墨西哥州，负责唆使他人投资，已落网被控
- 卢比（Ruby Handler Jacobs，64岁），新墨西哥州，帮忙策划骗局，已落网被控
- 雷斯特（Lawrence Lester，71岁），华盛顿州，帮忙策划骗局，已落网被控
- 葛杜拉（Rachel Gendreau，46岁），伊利诺伊州，负责唆使他人投资，已落网被控



0 0 0 0 0

**0条评论**

排序方式 由新到旧

Facebook 评论插件

诈骗 骗局

相关新闻



【全球大抗疫】贷款延期支付期 大众银行不收复利

【管控令第11天】李金友:助国人防疫 包机进口口罩防护服

广告

【全球大抗疫】美破12万确诊2千死 特朗普改发旅游...

Facebook（脸书）官方网站

待在家却不敢生小孩 康乐:全球避孕套短缺!

马哈迪错失时机/章龙炎

一场更大的萧条?/努里埃尔·鲁比尼

【管控令第11天】鸡蛋托回收 每100个5令吉

【管控令第10天】柔政府虽允许 修车开业须地方政府...

【管控令第12天/视频】深夜群聚办涉毒派对 30男女...

Recommended by



南洋商报官网 | Nanyang Siang Pau Official Website
南洋商报有限公司版权所有 | Copyright © 2016 - 2017 Nanyang Siang Pau Sdn Bhd(6164-V)
Solution Powered by AppAsia

PLAINTIFF
7

ruby handler jacobs 7 Treffer zu diesem Suchbegriff

Bilddatenbank | Events | Kollektionen | Vorschau

Ergebnisse filtern

alle Bilder | Editorial | Creative | imago sport | imago stock&people

# -otos zum Thema ruby handler jacobs

ısgesamt 7 Stockfotos & Bilder zum Thema ruby handler jacobs stehen zum Lizenzieren zur Verfügung. Oder starten Sie eine neue Suche, um noch mehr Fotos bei ımago images zu entdecken.

50 anzeigen 1
















***Translation:*** a total of 7 stock photos and images on the topic of Ruby Handler Jacobs are available for licensing. Or start a new search to discover even more photos at imago images.

PLAINTIFF
8




Image Credits

**Creator**: Albuquerque Journal
**Copyright**: Albuquerque Journal

Information extracted from IPTC Photo Metadata

OK

Albuquerque Journal

NM couple indicted in $50 million investment scheme » Albuquerque ...

RELATED IMAGES

SEE MORE

PLAINTIFF
10




15.12.2016 imago 0075360771

2168x3000 Pixel

imago images / ZUMA Press

December 15, 2016 - Albuquerque, NM, U.S. - Ruby Handler- Jacobs had told Melissa Carroll that the used to work for the US Marshals. Thursday Dec. 15, 2016. Albuquerque U.S. PUBLICATIONxINxGERxSUIxAUTxONLY - ZUMAab1_ 20161215_zaf_ab1_022

Web / Präsentation | 19.00 €

Kleine Auflagen | 49.00 €

Alle Medien | 99.00 €

sofort kaufen

zum Warenkorb hinzufügen

PLAINTIFF
11

# US issues restraining order on bank accounts tied to Edwards, others in $50m CUP fraud scheme

**Accounts in NDB, HNB, HSBC, and Sampath Bank owned or controlled by Sri Lankan businessman Rienzi Edwards are among those targeted for criminal forfeiture.**







**Rienzi Edwards**



**Michael Jacobs & wife Ruby Handler-Jacobs with Rod Adair, New Mexico State Senator (center).**

**By Hassina Leelarathna**

March 23, 2017

A United States federal judge has placed a restraining order on bank accounts, several in Sri Lanka, owned or controlled by the defendants in the Cities Upliftment Program (CUP) fraud scheme that allegedly bilked investors worldwide to the tune of $50 million.

U.S. District Judge Jed S. Rakoff signed the order in December acting on the application of Preet Bharara, United States Attorney for the Southern District of New York, and an affidavit presented by Special Agent Brian Carlucci, Homeland Security Investigations. It targets specific bank accounts of Sri Lankan businessman Rienzi Edwards and his co-conspirators, Michael J. Jacobs, Ruby Handler-Jacobs, Lawrence Lester, Rachel Gendreau (all in the US) and Singaporean F.K. Ho.

The order impacts all assets in the following bank accounts in Sri Lanka:

- National Development Bank, Acct. # 101000260558, held in the name of "L.B. Karalliyadde Associates."
- Hatton National Bank, Acct. # 176010005299, held in the name of "L.B. Karalliyadde Associates."
- Sampath Bank, Acct. # 512340000049, held in the name of "Green Fields Consultancy Services Ltd."
- Sampath Bank, Acct. # 012310001072, held in the name of "Green Fields Services Ltd."
- Sampath Bank, Acct. # 012320000831, held in the name of "Mansion Kandy Pvt. Ltd."
- HSBC Bank, Acct. # 005184973001, held in the name of "Punya Prianji Menike Edwards" (Punya Edwards), wife of Rienzi Edwards

An HSBC Bank account in the United Kingdom, Acct. # 01496727, under the name of "Fashion Platform Ltd" which is on Judge Rakoff's order is also tied to Edwards. According to public records in the UK, he registered Fashion Platform Limited with an address at 1 Moxon House, Moxon Street London, in June 2012. Shortly after starting the company, he quit the post of director, leaving the company in charge of a 30-year old student named Deepthika Hasanji Jayakody. She was listed as the sole managing director until the company was dissolved in August of 2016, a few months before the indictment.

The other accounts targeted in Judge Rakoff's order:

- MFCC, LLC, including all assets held in Bank of America, Acct. # 439006351492. Mffc, LLC is a New Mexico Domestic Limited-Liability Company registered to Michael Jacobs.
- Decagon Company Ltd., including all assets held in Bank of America Acct. # 000016935801. President – Lawrence Lester
- Kingdom Trust LLC, including all to assets held in Bank of America, Acct. # 439006448017
- Amicorp Bank and Trust, Barbados, Acct. # 1025910012020101, held in the name of "Steeplechase Middle East FZE."
- Barclays Bank,United Kingdom, Acct.# 43198383, held in the name of "CUP Trustee UK."
- Posh Commodities LLC, including assets held in Savanna-Thomson State Bank, Acct. # 385835.





**Punya Edwards, wife of Rienzi Edwards posing next to Speaker Karu Jayasuriya after she presented Rs. 1 million to him for a charitable foundation of which he is a patron. One of the accounts targeted by US prosecutors is held in Punya Edwards' name. (Photo from Edwards Foundation website)**

## Subject to forfeiture under US law

Collectively, the "target properties" named in the restraining order are alleged to constitute funds and criminal proceeds from money laundering and other unlawful monetary transactions and are therefore subject to forfeiture under US law ( Title 18, United States Code, Section 982, and Title 21, United States Code 853).

According to the federal indictment unsealed December 12, 2016, over the course of three years, Rienzi Edwards, Michael Jacobs (64), Ruby Handler-Jacobs (wife of Michael Jacobs) (64), Lawrence Lester (71), Rachel Gendreau (46), and Singaporean national F.K. Ho (80) impersonated officials of the Federal Reserve while they peddled their Cities Upliftment Program (CUP) scheme as a high-yield, risk-free "trading program," run by the New York Fed and offered to only a select group of investors.

They claimed the investments were risk free because they were guaranteed by the United States government

through purported "sovereign guarantees" issued by the cities to which half of the investment returns were to be directed. They also lured investors by claiming that the returns would not be taxed or that foreign investors would receive green cards. The scheme brought in an estimated $50 million, wired to accounts in the United States, Hong Kong and Sri Lanka.

"Edwards and his co-defendants allegedly concocted and carried out an audacious scam, promising investors exponential returns on investments they claimed were overseen by the New York Federal Reserve and backed by the U.S. government. In reality, it was all a lie," U.S. Attorney for the Southern District of NY Preet Bharara said in a statement, December 13. "There was no government-backed program and no plan to invest, only an alleged plan to steal the investors' money." (Read full press release)

At least 12 investors were defrauded, Dawn Dearden, a spokeswoman for the Southern District of New York U.S. Attorney's Office told SLE.

Edwards, believed to have masterminded the fraud scheme with the help of Michael Jacobs, has invested in a number of boutique hotels (called the "Edwards Collection) in Sri Lanka, including the Kandy Mansion cited in the restraining order. A controversial figure, Edwards is accused of using high level political contacts to grab a major share of the lucrative horse racing business in Sri Lanka. In 2015, the Financial Crimes Investigation Division (FCID) detained the businessman and his wife, Punya Priyanthi Menike for alleged money laundering but the case has mysteriously fallen off the radar.

The website of his charity, Edwards Foundation is crammed with photos touting Edwards' philanthropic achievements, among them a picture of his wife Punya Edwards posing with Speaker Karu Jayasuriya after donating Rs. 1 million to a charity of which Mr. Jayasuriya is a patron.

How Edwards came in contact with his co-conspirators in the U.S. is not known. The Sri Lanka-based businessman has reportedly denied the charges, claiming he does not even know the other defendants. However, according to investigators, Edwards, Michael Jacobs, and Ho were together at a hotel in Hong Kong in November 2013 where they impersonated New York Fed officers during a meeting with a potential

investor.

Michael Jacobs, an immigrant from Britain has as colorful a history as his Sri Lankan counterpart. In 2004 he moved to Albuquerque, New Mexico with his wife Ruby Handler Jacobs and the following year he made his debut as a film director with Crab Orchard. The movie which starred Edward Asner, Judge Reinhold and Ruby Handler Jacobs won the Director's Gold Award at the International Family Film Festival. He went on to purchase the Rio Grande Studios for $650,000 and reportedly was approved for $27 million in loans from the State Investment Council.

Despite these promising beginnings at a time when the New Mexico movie industry itself was starting to attract Hollywood investors, Michael Jacobs and his wife were never far from financial and legal woes. In 2011, in a federal complaint, Wells Fargo bank accused Michael Jacobs, Ruby Handler- Jacobs, Decagon Company and its president Lawrence, of fraudulently obtaining sovereign guarantees on bank letterhead which they had a Wells Fargo employee mail to several foreign banks, including banks in Dubai and Geneva. That same year, the Jacobses filed for Chapter 11 bankruptcy for Rio Grande Studios. In 2012 they were indicted on 57 counts , including fraud, conspiracy and securities violations involving the illegal sale of security interests in Rio Grande Studios. The duo allegedly sold security interests in their movie studio development, but contrary to New Mexico law failed to register the securities with the state and committed fraud by not disclosing the existence of unpaid debts and pending litigation against their company and themselves. This case was dismissed in October 2015.

## "Celebs to Sri Lanka"



Home Contact July 2019

# Sri Lanka Express

Updated August 6, 2019




**The Albuquerque Journal (Dec. 15, 2016) included in its report on the CUP fraud case this photo of a whiteboard in Michael Jacobs' office. His to do list seemed to include taking "celebs to SL." Were plans being hatched to take American celebrities to Sri Lanka as part of the fraud scheme? The "$3B MTN" notation is also intriguing, raising the question if the reference was to funds to or from MTN Nigeria, the telecom giant facing accusations of large-scale money laundering.**

## Extradition?

Michael Jacobs was arrested at Los Angeles International Airport in California on December 11, 2016, and was presented in federal court before a U.S. Magistrate Judge in Santa Ana, California, on December 12. Ruby Handler-Jacobs was arrested in Albuquerque, New Mexico, on December 11, 2016, and was presented in federal court before a U.S. Magistrate Judge in Albuquerque on December 12. Lester was arrested in Mount Vernon, Washington, on December 12, 2016, and presented the same day in federal court before a U.S. Magistrate Judge in Seattle, Washington. Gendreau was arrested on December 12, 2016, in Savanna, Illinois, and was presented in federal court before a U.S. Magistrate Judge in Rockford, Illinois, earlier

United States Department of Justice

PLAINTIFF
12

THE UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT *of* NEW YORK



**Department of Justice**

U.S. Attorney's Office

Southern District of New York

FOR IMMEDIATE RELEASE Tuesday, December 13, 2016

# Manhattan U.S. Attorney Announces Charges Against Six Individuals In International High-Yield Investment Fraud Scheme

## Scheme Participants Impersonated Federal Reserve Officials to Swindle Over $50 Million from Investors in the United States and Foreign Countries

Preet Bharara, the United States Attorney for the Southern District of New York, Angel M. Melendez, Special Agent In Charge of the New York Field Office of the Department of Homeland Security, Homeland Security Investigations ("HSI"), and Deirdre L. Fike, Assistant Director in Charge of the Los Angeles Field Office of the Federal Bureau of Investigation ("FBI"), announced the unsealing of an Indictment charging six defendants with conspiracy, wire fraud, impersonation of Federal Reserve Bank of New York ("New York Fed") officials, money laundering, and other crimes in connection with a fraudulent high-yield investment scheme that resulted in the theft of over $50 million from investors in the United States and around the world.

Manhattan U.S. Attorney Preet Bharara said: "Edwards and his co-defendants allegedly concocted and carried out an audacious scam, promising investors exponential returns on investments they claimed were overseen by the New York Federal Reserve and backed by the U.S. government. In reality, it was all a lie; there was no government-backed program and no plan to invest, only an alleged plan to steal the investors' money."

HSI Special Agent in Charge Angel M. Melendez said: "Using forged and counterfeit Federal Reserve documents, these individuals allegedly orchestrated a complex international scheme that cost unwitting investors both here and abroad over $50 million dollars. This indictment shows the great length that criminals will go to steal the money of hard working individuals. HSI is up to the challenge to uncover these schemes and bring the participants to justice."

[redacted]

According to the allegations contained in the Indictment[1]:

From at least June 2013 through August 2016, RIENZI EDWARDS, MICHAEL JACOBS, RUBY HANDLER-JACOBS, F.K. HO, LAWRENCE LESTER, and RACHEL GENDREAU orchestrated and executed a fraudulent high-yield investment program known as the "Cities Upliftment Program," or CUP, which the defendants falsely told investors was operated by the New York Fed. The scheme was principally designed and operated by EDWARDS, with the assistance of JACOBS and HANDLER-JACOBS, and was marketed to investors around the world through brokers, including HO, LESTER, and GENDREAU.

The defendants pitched the CUP to investors as a highly exclusive, invitation-only, public-private investment partnership designed to raise capital and generate large returns through a purported "trading program" run by the New York Fed. The defendants promised investors that the CUP would generate extremely high returns on their investments, in some cases as much as $150 million for every $1 million invested. The defendants claimed that half of the returns would be used to help revitalize American cities recovering from the 2008 financial crisis, and that the other half would be returned to the investors at the rate of $1 million per day for 75 banking days. The defendants told numerous other lies to victims to convince them to invest, including that their funds would be held in a trust account established by the New York Fed and that CUP investments were risk-free because they were "guaranteed" by the United States government. In truth, and as the defendants well knew, the CUP was a complete scam.

One of the primary ways in which the defendants tricked victims into investing millions of dollars in the CUP scheme was the use of forged and counterfeit New York Fed documents. On numerous occasions, the defendants sent, or caused to be sent, investment contracts, guarantees, correspondence, and other CUP-related documents printed on what appeared to be New York Fed letterhead and bearing the names and purported signatures of New York Fed officials, including the president, certain board members, and other senior officials of the New York Fed. In addition, EDWARDS, JACOBS, and HO, with the assistance of HANDLER-JACOBS, pretended to be New York Fed officials during in-person meetings and phone calls with investors to convince them to invest in the CUP.

Instead of holding investors' funds in the purported trust accounts as promised, the defendants simply stole the money. EDWARDS, JACOBS, and HANDLER-JACOBS caused the bulk of the funds to be laundered through various domestic and overseas bank accounts in Hong Kong, Barbados, the United Kingdom, and Sri Lanka held in the names of shell companies that they controlled. A portion of the proceeds was then kicked back to the brokers who had recruited the investors. Altogether, the defendants stole over $50 million from investors in the United States and several foreign countries.

* * *

JACOBS was arrested at Los Angeles International Airport in California on December 11, 2016, and was presented in federal court before a U.S. Magistrate Judge in Santa Ana, California, on December 12. HANDLER-JACOBS was arrested in Albuquerque, New Mexico, on December 11, 2016, and was presented in federal court before a U.S. Magistrate Judge in Albuquerque on December 12. LESTER was arrested in Mount Vernon, Washington, on December 12, 2016, and presented the same day in federal court before a U.S. Magistrate Judge in Seattle, Washington. GENDREAU was arrested on December 12, 2016, in Savanna, Illinois, and was presented in federal court before a U.S. Magistrate Judge in Rockford, Illinois, earlier today. EDWARDS and HO are currently at large.

The case is assigned to U.S. District Judge Paul G. Gardephe. Arraignment is scheduled for December 20, 2016, in federal court in Manhattan.

EDWARDS, 55, of Sri Lanka, JACOBS, 64, of Albuquerque, New Mexico, and HANDLER-JACOBS, 64, of Albuquerque, New Mexico are each charged with one count of conspiracy to commit wire fraud and one count of wire fraud, each of which carries a maximum sentence of 10 years in prison; one count of conspiracy to commit money laundering and two counts of money laundering, each of which carries a maximum sentence of 20 years in prison; one count of conducting monetary transactions in unlawful funds,

which carries a maximum sentence of 10 years in prison; one count of conspiracy to impersonate employees of the United States, which carries a maximum sentence of five years; one count of impersonating employees of the United States, which carries a maximum sentence of three years; and aggravated identity theft, which carries a maximum sentence of two years in prison.

HO, 80, of Singapore, LESTER, 71, of Mount Vernon, Washington, and GENDREAU, 46, of Savanna, Illinois, are each charged with one count of conspiracy to commit wire fraud and one count of wire fraud, each of which carries a maximum sentence of 10 years in prison; and one count of aggravated identity theft, which carries a maximum sentence of two years in prison. In addition, HO is charged with one count of conspiracy to impersonate employees of the United States, which carries a maximum sentence of five years; and one count of impersonating employees of the United States, which carries a maximum sentence of three years.

The maximum potential sentences are prescribed by Congress and are provided here for informational purposes only, as any sentencings of the defendants will be determined by the judge.

Mr. Bharara praised the investigative work of HSI and the FBI. Mr. Bharara also thanked the Federal Reserve Bank of New York for its ongoing cooperation in this investigation.

The case is being prosecuted by the Office's Complex Frauds and Cybercrime Unit. Assistant United States Attorney Daniel S. Noble is in charge of the prosecution.

The charges contained in the Indictment are merely accusations, and the defendants are presumed innocent unless and until proven guilty.

[1] As the introductory phase signifies, the entirety of the text of the Indictment, and the description of the Indictment set forth herein, constitute only allegations, and every fact described should be treated as an allegation.

---

**Topic(s):**
Securities, Commodities, & Investment Fraud

**Component(s):**
USAO - New York, Southern

**Press Release Number:**
16-334

Updated December 13, 2016