IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL JACOBS and RUBY HANDLER
JACOBS,

    Plaintiffs,

v.                                                      Civ. No. 21-690 MV/SCY

THE JOURNAL PUBLISHING COMPANY et al.,

    Defendants.

### ORDER DENYING REQUEST TO FILE REPLY TO ANSWER

        Plaintiffs filed a "Notice Of Plaintiffs' Withdrawal Of Doc. 85 And Request Of The Court Permission To File A Reply To The Answering Defendants' Answer." Doc. 86. In this filing, Plaintiffs request to withdraw Doc. 85, a reply to Defendants' answer filed without leave of Court. The document is hereby withdrawn. Plaintiffs also request leave of Court to file a reply to Defendants' answer, stating that "Defendants' affirmative defenses are lacking enough information that would allow Plaintiffs to address said allegations." Doc. 86 at 2. The Court construes this as a motion and denies it. The appropriate process for Plaintiffs to seek more information about Defendants' affirmative defenses is discovery, which is currently ongoing.

        SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE