IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| MICHAEL JACOBS and<br>RUBY HANDLER JACOBS,<br><br>    Plaintiffs,<br>vs.<br><br>THE JOURNAL PUBLISHING COMPANY<br>*d/b/a* THE ALBUQUERQUE JOURNAL;<br>WILLIAM P. LANG; NICOLE PEREZ;<br>JAMES THOMPSON; ELISE KAPLAN;<br>KAREN MOSES; DEAN HANSON; KENT<br>WALZ; MORGAN PETROSKI; and DOES<br>1 THROUGH 20; INDIVIDUALLY OR<br>JOINTLY and SEVERALLY,<br><br>    Defendants. | Case No. 1:21-cv-00690-MV-SCY |

**ORDER GRANTING PLAINTIFFS' REQUEST
FOR AN ADDITIONAL 25 REQUESTS FOR ADMISSIONS**

During the Rule 16 scheduling conference held on September 26, 2023 and resulting order (Doc. 91), this Court allowed *pro se* Plaintiffs Michael Jacobs and Ruby Handler Jacobs ("Plaintiffs") to request in increase in the number of Admissions if needed.  At this time, Plaintiffs request that the Admissions be increased from 75 to 100 due to the fact there are nine defendants and have found that 25 more Admissions are needed due to the complexity of issues.

Opposing Counsel has been contacted on December 14, 2023 and they do not oppose the addition of the requested Admissions.

**IT IS HEREBY ORDERED:**

1. The request is granted; and

2. Plaintiffs may include an additional 25 Requests for Admissions for Discovery.

Dated: <u>December 15, 2023</u>

_____
**The Honorable Steven C. Yarbrough**
United States Magistrate Judge