## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

MICHAEL JACOBS and RUBY
HANDLER JACOBS,

      Plaintiffs,

v.                                      No. 1:21-cv-0690 MV/SCY

THE JOURNAL PUBLISHING
COMPANY, *et al.*,

      Defendants.

### ORDER AMENDING SETTLEMENT CONFERENCE

**IT IS ORDERED** that __all parties and their lead trial counsel__ shall appear before me, __in person on January 29, 2024, at 10:00 a.m. MST__ to participate in a settlement conference pursuant to Federal Rule of Civil Procedure 16(a)(5).[1]  The settlement conference will take place in the **Chama Courtroom** in the Pete V. Domenici U.S. Courthouse, 333 Lomas Blvd. Albuquerque, NM. All other provisions of the order setting the settlement conference remain in effect. (Doc. 102.)

      **SO ORDERED.**

_____
DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE

---

[1] As this settlement conference is an official court proceeding, neither counsel nor client(s) nor corporate representative(s) should make travel arrangements that require them to leave the settlement conference until *after* the Court declares the settlement conference is at an end.