IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL JACOBS and RUBY HANDLER
JACOBS,

      Plaintiffs,

vs.                                      Civ. No. 21-690 MV/SCY

THE JOURNAL PUBLISHING COMPANY et al.,

      Defendants.

### ORDER RESETTING CASE MANAGEMENT DEADLINES

The Court previously vacated the deadlines to file pretrial motions other than discovery motions and to submit the pretrial order. Doc. 132 at 5. The Court resets the following case management deadline:

    a) Pretrial motions other than discovery motions[1] filed by:    December 2, 2024

The Court will set pretrial order deadlines following the filing of dispositive motions or, if no motions are filed, following the deadline to file dispositive motions. Any extension of the case management deadlines must be approved by the Court.

**STEVEN C. YARBROUGH**
**United States Magistrate Judge**

---

[1] This deadline applies to motions related to the admissibility of experts or expert testimony that may require a *Daubert* hearing, but otherwise does not apply to motions in limine. The presiding judge will set a motions in limine deadline in a separate order.