IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| MICHAEL JACOBS and<br>RUBY HANDLER JACOBS,<br><br>    Plaintiffs,<br><br>vs.<br><br>THE JOURNAL PUBLISHING COMPANY<br>*d/b/a* THE ALBUQUERQUE JOURNAL;<br>WILLIAM P. LANG; NICOLE PEREZ;<br>JAMES THOMPSON; ELISE KAPLAN;<br>KAREN MOSES; DEAN HANSON; KENT<br>WALZ; and DOES 1 THROUGH 20;<br>INDIVIDUALLY OR JOINTLY and<br>SEVERALLY,<br><br>    Defendants. | Case No. 1:21-cv-00690-MV-SCY |

**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE
TO FILE NON-DISCOVERY PRETRIAL MOTIONS**

This matter came before the Court on the Joint Motion of Plaintiffs Michael Jacobs and Ruby Handler Jacobs and Defendants Journal Publishing Co. d/b/a *Albuquerque Journal*, William P. Lang, Nicole Perez, James Thompson, Elise Kaplan, Karen Moses, Dean Hanson and Kent Walz to extend the deadline from December 2, 2024, to December 13, 2024, for all parties to file pretrial motions other than discovery motions. The Court grants the Motion.

The deadline for all parties to file pretrial motions other than discovery motions is extended to December 13, 2024.

_____
Hon. Steven C. Yarbrough

Submitted by:

PEIFER, HANSON, MULLINS & BAKER, P.A.

By: */s/ Gregory P. Williams*
    Charles R. Peifer
    Gregory P. Williams
Post Office Box 25245
Albuquerque, NM 87125-5245
Tel: 505-247-4800
Email: cpeifer@peiferlaw.com
       gwilliams@peiferlaw.com

*Attorneys for Defendants Journal Publishing Co. d/b/a Albuquerque Journal, William P. Lang, Nicole Perez, James Thompson, Elise Kaplan, Karen Moses, Dean Hanson and Kent Walz*

APPROVED BY:

*Telephonically approved on 11/26/24*
Michael Jacobs
800 Calle Divina NE
Albuquerque, NM 87113
Tel: (505) 321-3044
michael.mjphoto@gmail.com

*Telephonically approved on 11/26/24 (via Michael Jacobs)*
Ruby Handler Jacobs
800 Calle Divina NE
Albuquerque, NM 87113
Tel: (505) 321-3055
rubyhandler@gmail.com

*Pro Se Plaintiffs*