IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL JACOBS and RUBY
HANDLER JACOBS,

        Plaintiffs,

vs.                                         Civ. No. 21-690 MV/SCY

THE JOURNAL PUBLISHING
COMPANY et al.,

        Defendants.

## ORDER RESETTING CASE MANAGEMENT DEADLINES

The Court previously vacated the deadline to file pretrial motions, pending resolution of Plaintiffs' motion to amend. Doc. 182. That motion now being resolved, the Court resets the following case management deadline:

    a)  Pretrial motions other than discovery motions[1] filed by:     **April 4, 2025**

The Court will set pretrial order deadlines following the filing of dispositive motions or, if no motions are filed, following the deadline to file dispositive motions. Any extension of the case management deadlines must be approved by the Court.

_____
**STEVEN C. YARBROUGH**
**United States Magistrate Judge**

---

[1] This deadline applies to motions related to the admissibility of experts or expert testimony that may require a *Daubert* hearing, but otherwise does not apply to motions in limine. The presiding judge will set a motions in limine deadline in a separate order.