IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL JACOBS and
RUBY HANDLER JACOBS,

      Plaintiffs,

v.                                                                                          Civ. No. 21-690 MV/SCY

THE JOURNAL PUBLISHING COMPANY
et al.,

      Defendants.

## ORDER GRANTING IN PART AND DENYING IN PART MOTION TO VACATE PRETRIAL MOTIONS DEADLINE

Plaintiffs move to vacate the current deadline to file pretrial motions. Doc. 192. Defendants oppose the motion. Doc. 194.

The pretrial motions deadline expired on April 18, 2025. Doc. 188. Plaintiffs request this deadline be vacated pending decision on their recently filed motion to amend the complaint. Doc. 192 at 1. As cause, Plaintiffs state that, "Extending the deadline for pretrial motions will ensure that that parties need not file such motions which might be rendered moot should the motion to file a fourth amended complaint be granted." *Id.* at 3.

The Court denies the request to vacate the pretrial motions deadline. Plaintiffs do not show good cause to alter the scheduling order based on the pending motion to amend the complaint. If the motion to amend the complaint is granted, the Court can consider allowing the parties to file amended pretrial motions at that time. Thus, further delay at this stage of the case is not justified.

Plaintiffs also represent, however, that one of the plaintiffs is currently ill and has been bedridden. *Id.* at 2. Based on this representation, the Court finds good cause for a limited

extension of the pretrial motions deadline. Accordingly, the deadline for Plaintiffs to file pretrial motions in this case is extended through May 5, 2025.

The Court is unlikely to grant any further extensions of this deadline.

SO ORDERED.

_____
STEVEN C. YARBROUGH
UNITED STATES MAGISTRATE JUDGE