**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**MICHAEL JACOBS and**
**RUBY HANDLER JACOBS,**

**Plaintiffs,**

**vs.**

**Case No. 1:21-cv-00690-MV-JMR**

**THE JOURNAL PUBLISHING COMPANY *d/b/a* THE ALBUQUERQUE JOURNAL; WILLIAM P. LANG; NICOLE PEREZ; JAMES THOMPSON; ELISE KAPLAN; KAREN MOSES; and DOES 1 THROUGH 20; INDIVIDUALLY OR JOINTLY and SEVERALLY,**

**Defendants.**

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR RECUSAL AND DISQUALIFICATION**

THIS MATTER having come before the Court on Plaintiffs' Contested Motion for Recusal and Disqualification of Magistrate Judge Kirtan Khalsa Pursuant to 28 U.S.C. §§ 144 and 455, and the Court being fully advised in the premises, finds that the Motion is well-taken and should be GRANTED.

The Court finds that an objective review of the complete record across the parties' parallel litigation tracks establishes a documented historical pattern of structural interaction and extrajudicial exposure that would cause a reasonable person to harbor doubts regarding impartiality under 28 U.S.C. § 455(a).

IT IS THEREFORE ORDERED that Plaintiffs' Motion for Recusal is GRANTED. All prior referral tracks and intermediate recommendations issued under this structural conflict are

hereby formally noted as contested elements preserved for *de novo* appellate review before the United States Court of Appeals for the Tenth Circuit.

IT IS SO ORDERED.

____________________________________

MARTHA VÁZQUEZ
SENIOR UNITED STATES DISTRICT JUDGE